UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC

vs.  Case No.: 6:20-CV-478-ADA

DELL TECHNOLOGIES INC., ET AL.

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Y. Ernest Hsin, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Dell Technologies Inc., Dell Inc., and EMC Corp. in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) Gibson, Dunn & Crutcher LLP with offices at:

   Mailing address: 555 Mission Street, Suite 3000
   City, State, Zip Code: San Francisco, California 94105
   Telephone: 415-393-8224    Facsimile: 415-374-8436

2. Since June 7, 1999, Applicant has been and presently is a member of and in good standing with the Bar of the State of California. Applicant's bar license number is 201668.

3. Applicant has been admitted to practice before the following courts:

| Court: | Admission date: |
|---|---|
| U.S.D.C. Northern District of CA | April 30, 2003 |
| U.S.D.C. Central District of CA | December 17, 2003 |
| U.S.D.C. Southern District of CA | May 6, 2013 |
| Eastern District of Texas | June 6, 2017 |
| Federal Circuit | November 18, 2014 |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

   Number: _____ on the _____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: _____

Mailing address: _____

City, State, Zip Code: _____

Telephone: _____

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Y. Ernest Hsin to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Y. Ernest Hsin
[printed name of Applicant]

*/s/ Y. Ernest Hsin*
[signature of Applicant]

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 5th day of October, 2020.

Y. Ernest Hsin
[printed name of Applicant]

*/s/ Y. Ernest Hsin*
[signature of Applicant]

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

WSOU INVESTMENTS, LLC

vs.                                                         Case No.: 6:20-CV-478-ADA

DELL TECHNOLOGIES INC., ET AL.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Y. Ernest Hsin , counsel for _____, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Y. Ernest Hsin may appear on behalf of _____ in the above case.

IT IS FURTHER ORDERED that  Y. Ernest Hsin , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of  October _____, 20____.