**Exhibit A – Narrowed Terms Identified by Defendant**

A.  **Group 1**

   1.  **'133 Patent**

|   | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 1 | "whether a congestion condition exists [on/for] the egress node" | 1, 12, and 13 |
| 2 | "processing the packets" | 1, 12, and 13 |
| 3 | "such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load balancing network than packets associated with egress nodes for which the congestion condition exists" | 1, 12, and 13 |
| 4 | "means for determining, for each packet, whether a congestion condition exists on the egress node" | 12 |
| 5 | "means for processing the packets such that packets associated with egress nodes for which the congestion condition does not exist have a different queuing priority within the load-balancing network than packets associated with egress nodes for which the congestion condition exists" | 12 |

   2.  **'800 Patent**

|   | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 6 | "latency cost" | 1 and 13 |
| 7 | "[determining/determine] an assignment objective" | 1 and 13 |

   3.  **'309 Patent**

|   | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 8 | "split ratio vector" | 1, 11, and 16 |

   4.  **'360 Patent**

|   | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 9 | "said element comprises: an element for recording whether a queue is empty or occupied, an element for recording the [number of data cells/quantity of data] contained in a queue, an element identifying a queue from which data is to be output, and an element identifying a group of queues from which data is to be output" | 1 and 26 |

**Exhibit A – Narrowed Terms Identified by Defendant**

|    | **Claim Term, Clause, or Phrase** | **Claim(s)** |
|----|-----------------------------------|--------------|
| 10 | "expected state for said element" "predetermined state for said element" "expected value of said parameter" "expected states for that element" "expected status for said element"  "expected state of said first element" | 1, 3, 12, 13, 18, 21, 24, 26, 28, 29, 48, and 49 |
| 11 | "computer generated model" | 1, 18, 21, 26, 44, and 45 |
| 12 | "element for recording whether a queue is empty or occupied"  * * *  "an element for recording the [number of [data] cells/quantity of data] contained in a queue"  * * *  "an element identifying a queue from which data is to be output"  * * *  "an element [identifying/indicating] a group of queues from which data is to be output" | 1, 5, 6, 7–9, 14–15, 20, 25, 26, 30, 33–35, and 38  * * *  1, 5–6, 9, 14–15, 20, 26, 30, 33–35, and 38  * * *  1, 26, 5, 20, and 30  * * *  1, 5, 9, 14–15, 20, 26, 30, 33, 35, and 38 |
| 13 | "determining means for determining an expected value of said | 18 |
| 14 | "detection means for detecting a state of an element"[2] | 1 and 24 |

---

[1] Defendants contend that resolution of this dispute will apply equally to the terms "determining means for determining an expected state for said element based on said monitored parameter" (claim 3) and "prediction means for determining an expected status for said element" (claims 12 and 13); Plaintiff does not agree.

[2] Defendants contend that resolution of this dispute will apply equally to the terms "determining means for determining an expected state for said element based on said monitored parameter" (claim 3) and "prediction means for determining an expected status for said element" (claims 12 and 13); Plaintiff does not agree.

**Exhibit A – Narrowed Terms Identified by Defendant**

| | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 15 | "comparing means for comparing the detected state with a predetermined state for said element and for outputting the result of the comparison"[3] | 1 and 24 |

B.  Group 2

  1.  '144 Patent

| | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 16 | "group of communication traffic" | 1, 4, 11, 12, 14 |
| 17 | "V is a group identifier corresponding to the group of communication traffic" | 1, 11, 14 |

  2.  '921 Patent

| | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 18 | "data plane means for forwarding packets between the nodes" (claim 1) / "data plane means for forwarding packets to other nodes in the network" (claims 9 & 17) | 1, 9, 17 |
| 19 | "fast propagation" | 1, 9, 17 |

C.  Group 3

  1.  '489 Patent

| | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 20 | "the first set of port interfaces of the multi-chassis link aggregate" | 1, 8, 15 |

  2.  '020 Patent

| | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 21 | "removing, at the network node, the protocol data of a portion of protocol layers from the received data stream" (claim 1) / "removes protocol data from a portion of protocol layers from a data stream" (claim 6) | 1, 6 |
| 22 | "a control unit which removes protocol data from a portion of protocol layers from a data stream received from the communication network via the second interface, the data stream comprising | 6 |

---

[3] Defendants contend that resolution of this dispute will apply equally to the terms "determining means for determining an expected state for said element based on said monitored parameter" (claim 3) and "prediction means for determining an expected status for said element" (claims 12 and 13); ; Plaintiff does not agree.

**Exhibit A – Narrowed Terms Identified by Defendant**

| 23 | "bus system" | 1, 6 |

D.   Group 4

    1.   '435 Patent

|  | **Claim Term, Clause, or Phrase** | **Claim(s)** |
|---|---|---|
| 24 | "setting the IPPC of one of the ports of one of said bridges within the MSTI to a lower IPPC when said port is part of the VLAN member set" | 1, 8, 13 |
| 25 | "processing unit for setting the Internal Port Path Cost (IPPC) of one of the ports of one of said bridges within the MSTI…" | 8 |
| 26 | "ideally" | 7, 11, 18 |
| 27 | entirety of claims | 9–11, 13–18 |

    2.   '536 Patent

|  | **Claim Term, Clause, or Phrase** | **Claim(s)** |
|---|---|---|
| 28 | "bridge" | 1, 12 |
| 29 | "channel in a connection-based network" | 1, 12 |
| 30 | "means for reading priorities of data frames directed by the bridge to at least a first one of the bridge ports" | 12 |
| 31 | "forwarding system configured to read a priority of a data frame to be forwarded onto the connection-based network by way of the first one of the ports, identify a service interface which the map indicates corresponds to the read user priority and forward the data frame over the channel in the connection-based network associated with the identified service interface" | 1 |

    3.   '888 Patent

|  | **Claim Term, Clause, or Phrase** | **Claim(s)** |
|---|---|---|
| 32 | "stackable trunk port" | 1, 15 |
| 33 | "backbone VLAN trunk" | 1, 15 |

**Exhibit A – Narrowed Terms Identified by Defendant**

| 34 | "wherein the selection and association of at least one backbone VLAN ID with each one of the corresponding plurality of backbone VLAN trunks is undertaken irrespective of one of an in-use and a stand-by designation of each one of the plurality of backbone VLAN trunks and each one of the plurality of stackable trunk ports" (claim 1) / "wherein the association of the plurality of backbone VLAN IDs with the backbone VLAN trunk is undertaken irrespective of one of an in-use and a stand-by designation of the backbone VLAN trunk and the at least one stackable trunk port" (claim 15) | 1, 15 |

### 4. '129 Patent

| | Claim Term, Clause, or Phrase | Claim(s) |
|---|---|---|
| 35 | "rate of change" | 3 |
| 36 | "initiating a poll of resources in the nodes of the network by the management station in response to reporting from the node or a time interval being exceeded" | 3 |