# EXHIBIT 3

## AGREED CONSTRUCTIONS FOR THE '921 PATENT

| Claim Term | Agreed Construction |
|---|---|
| "computing means for control of the nodes" (Claim 1)<br><br>"computing means for controlling the node" (Claims 9 & 17) | Subject to means-plus-function construction.<br><br>*Function*: control of the nodes<br>*Structure*: CPU 206; and equivalent structures |
| "means for fast propagation of node related information between the data plane means in each node and forwarding the information to the computing means in the network" (Claim 1)<br><br>"means for fast propagation of node related information to and from the data plane means in other nodes in the network and forwarding the information to the computing means" (Claims 9 & 17) | Subject to means-plus-function construction.<br><br>*Function*: fast propagation of node related information between the data plane means in each node and forwarding the information to the computing means in the network<br><br>*Structure*: 3:19-52 (switching fabric 214 and link interface 216; wherein the link interface comprises a fast link state processor (FSLP) 218 and a link failure database (LFDB) structure 228), 4:1-4, 7:18-20 (forwarding to CPU over link 236); and equivalent structures |
| "means for fast propagation of link state information" (Claims 1, 9 & 17) | Subject to means-plus-function construction.<br><br>*Function*: fast propagation of link state information<br><br>*Structure*: 7:60-8:3 (Fast Link State Processor (FLSP) 218, Fabric Interface 226 and Switch Fabric 214 structure), 8:21-27; and equivalent structures |
| "the data, plane means" (Claim 9) | "the data plane means" |