# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# WACO DIVISION

| | |
|---|---|
| WSOU INVESTMENTS, LLC, § § § Plaintiff, § § § v. § CIVIL ACTION NO. 6:20-cv-478-ADA § § DELL TECHNOLOGIES INC., § DELL INC., and EMC CORPORATION, § § Defendants. § | |

## UNOPPOSED MOTION TO WITHDRAW LETTER ROGATORY

Defendants Dell Technologies Inc., Dell Inc., and EMC Corporation ("Defendants") file this Unopposed Motion to Withdraw Letter Rogatory and respectfully show the following:

Defendants filed a Motion for Issuance of Letters Rogatory on November 6, 2020 (Dkt. 45). Pursuant to an agreement between Defendants and Nokia of America, Defendants request that the Court withdraw the Letter Rogatory issued by the Court to the Central Authority in France for discovery from Alcatel-Lucent International (Dkt. 62). The Court retains jurisdiction over the withdrawn Letter Rogatory in the event that disputes arise regarding the discovery sought therein. Counsel for Defendants conferred with counsel for Plaintiff who stated that Plaintiff does not oppose this request.

Wherefore, Defendants respectfully request that the Court grant this motion and enter an order withdrawing the Letter Rogatory.

Respectfully submitted,

Dated: May 4, 2021            By:  /s/ *Barry K. Shelton*
                                   Barry K. Shelton
                                   Texas State Bar No. 24055029
                                   **SHELTON COBURN LLP**
                                   311 RR 620, Suite 205
                                   Austin, TX 78734-4775
                                   bshelton@sheltoncoburn.com
                                   (512) 263-2165 (Telephone)
                                   (512) 263-2166 (Facsimile)

                                   ATTORNEYS FOR DEFENDANTS
                                   DELL TECHNOLOGIES INC., DELL
                                   INC., and EMC CORPORATION

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all counsel of record via the Court's ECF system.

/s/ *Barry K. Shelton*
Barry K. Shelton
