IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| WSOU INVESTMENTS LLC,<br>*Plaintiff* | § § § § § | |
| -v- | § § | 6-20-cv-00473<br>6-20-cv-00478 |
| DELL TECHNOLOGIES INC., DELL INC., EMC CORPORATION,<br>*Defendant* | § § § § § § | |

## ORDER TO PAY TECHNICAL ADVISOR

The Court previously appointed Dr. Joshua J. Yi to serve as a technical advisor on this case. The Court has reviewed Dr. Yi's invoice for services through today and finds the requested amount to be reasonable and necessary. As such, the Court **ORDERS** payment to be promptly made as follows:

| | |
|---|---|
| Plaintiff: | $6,165.53 |
| Defendant: | $6,165.53 |

Dr. Yi will separately provide deposit instructions.

**SIGNED** this 27th day of May, 2021.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE